LAW OFFICES OF DAVID M. WISEBLOOD
David M. Wiseblood (SBN 115312)
Peter J. Crosby (SBN 115588)
101 Montgomery, Suite 2700
San Francisco, California 94104
Telephone: (415) 547-2703
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com
　　　　　pcrosby@wisebloodlaw.com

Attorneys for Appellant
523 BURLINGAME AVE., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 523 BURLINGAME AVE., LLC,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>ESTERLITA CORTES TAPANG,<br>　　　　　Appellee. | Case No. CV 13-01714 EJD<br><br><br>**STIPULATION AND ORDER** |
| RE:<br><br>　　Bankruptcy Case: 11-59479-ASW-11<br><br>　　Adversary Case: 12-05239 | |

　　　　Appellant 523 Burlingame Ave. LLC ("Appellant") and appellee Esterlita Tapang ("Appellee"), by and through their respective counsel, hereby enter into this Stipulation Re Modification of Briefing Schedule on Appeal; [Proposed] Order Thereon] ("Stipulation").

　　　　WHEREAS, the parties have agreed to a modification of the applicable briefing schedule on appeal and to modify the briefing schedule in a mutually acceptable manner that takes into account the schedules of the parties' respective counsel;

　　　　NOW THEREFORE, IT IS HEREBY STIPULATED and Appellant and Appellee, through their respective counsel, that:

　　　　1.　　Appellant shall file and serve, by e-mail or hand delivery, its opening brief on or

before May 24, 2013;

    2.    Appellee shall file and serve, by e-mail or hand delivery, her response brief 21 days after service of Appellants opening brief; and

    3.    Appellant shall file and serve, by e-mail or hand delivery, its reply brief 14 days after service of Appellee's response brief.

IT IS SO STIPULATED

LAW OFFICES OF DAVID M. WISEBLOOD

DATED: May 13, 2013          /S/ Peter J. Crosby
Peter J. Crosby
Attorneys for Appellant
523 BURLINGAME AVE., LLC

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

THE ADVOCATES' LAW FIRM, LLP

DATED: May 13, 2013          /S/ Francisco J. Aldana
Francisco J. Aldana
Attorneys for Appellee
ESTERLITA CORTES TAPANG

**ORDER**

Pursuant to this Stipulation and good cause appearing,

IT IS SO ORDERED

DATED: 5/15/2013, 2013          [signature]
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

Case No.CV 13-01714 EJD

2