UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

523 BURLINGAME AVE., LLC, et al.,

    Plaintiff,

v.

TAPANG, et al.,

    Defendant.

Case No. 13-cv-01714-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Defendant to file a Motion to Consider
6 Appellee's Brief (Dkt #29) with Declaration.
7    IT IS FURTHER ORDERED THAT the Motion to Strike (Dkt. #30) is terminated.
8    IT IS FURTHER ORDERED THAT the Plaintiff is to submit a Reply to Appellee's Brief
9 on 05/14/2014.

11   Dated:  May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge